# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 9, 2023

Lyle W. Cayce
Clerk

————————

No. 22-40785

————————

KEVIN RASHAAN GOLDEN,

*Plaintiff—Appellant*,

*versus*

CITY OF LONGVIEW, *Public Works Division*; ROLIN MCPHEE, *Director, City of Longview Public Works*; CHI PING STEPHEN HA, *Supervisor, Traffic Engineering Department*; KEITH COVINGTON, *Assistant Supervisor, Traffic Engineering Department*; MARY ANN MILLER, *Human Resources Director*; UNKNOWN PARTIES, *Interested parties within Gregg County, Texas*,

*Defendants—Appellees*.

————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:20-CV-620

————————————————————

Before RICHMAN, *Chief Judge*, and HAYNES and DUNCAN, *Circuit Judges*.

PER CURIAM:[*]

*Pro se* plaintiff Kevin Rashaan Golden appeals the dismissal of his

————————————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

claims alleging that he was illegally fired on account of his disability. *See Golden v. City of Longview*, No. 6:20-CV-00620-JDK, 2021 WL 3829126, at *10 (E.D. Tex. Aug. 4, 2021) (recommendation to dismiss claims against City employees under Federal Rule of Civil Procedure 12(b)(6) and 28 U.S.C. § 1915(e)(2)(B)(ii)); *Golden v. City of Longview*, No. 6:20-CV-620-JDK-JDL, 2021 WL 3809265, at *1 (E.D. Tex. Aug. 26, 2021) (adopting recommendation); *Golden v. City of Longview*, No. 6:20-CV-00620-JDL, 2022 WL 2704533, at *11 (E.D. Tex. July 11, 2022) (summary judgment dismissing remaining ADA claims); *Golden v. City of Longview*, 2022 WL 16625713, at *9 (E.D. Tex. Nov. 1, 2022) (same).

Finding no reversible error, we AFFIRM. *See* 5TH CIR. R. 47.6.